**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' "Ex Parte Emergency Motion for Temporary Restraining Order and Preliminary Injunction to Halt Ongoing Criminal Prosecutions and Void State Orders in Violation of Federal Jurisdiction and Plaintiffs' Constitutional Rights" (Dkt. No. 33); Plaintiffs' "Emergency Motion to Halt Judicial Misconduct and Strike Void Rulings Issued by Defendant Judge Mark S. Borrell" (Dkt. No. 49); the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 139); and Plaintiffs' Objections (Dkt. No. 159). After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED THAT Plaintiffs' Ex Parte Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 33) is DENIED WITH PREJUDICE; and Plaintiffs' Emergency Motion to Halt Judicial Misconduct and Strike Void Rulings (Dkt. No. 49) is DENIED WITH PREJUDICE.

DATED: August 13, 2025

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE