UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 25-4775 ODW (PVC)                                             Date:  September 12, 2025

Title        Sherri and Michael LaZelle v. Mountain Valley Homeowners Ass'n, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST THE HOA DEFENDANTS FOR THEIR FAILURE TO ANSWER THE COMPLAINT**

On June 27, 2025, Defendants Mountain Valley Homeowners Association (MVHOA), Jeremy Yablan, Sam Shewa, California HOA Solutions LLC, Jessica Piscitello, David Riddick, Devon Jones, Debora Bartholomew, Tim Gersdorff, Patricia Wert, Donaelea Bauer Melching, and Lordon Management (the "HOA Defendants") filed a Motion to Dismiss.  ("Motion, Dkt. No. 52).  However, because the Motion neither included a proof of service nor a memorandum of law as required by the local rules, the Motion was denied without prejudice, and the HOA Defendants were ordered to answer the Complaint by September 4, 2025.  (Dkt. No. 216).  As of this date, the HOA Defendants have neither filed their Answer nor requested an extension of time in which to do so.

Accordingly, the HOA Defendants are **ORDERED TO SHOW CAUSE**, within **7 days** of the date of this Order, why default should be entered for their failure to prosecute and follow court orders, pursuant to Federal Rule of Civil Procedure 41(b).  The HOA Defendants can discharge this Order by filing their Answer.  <u>The HOA Defendants are</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-4775 ODW (PVC)                              Date:  September 12, 2025

Title      Sherri and Michael LaZelle v. Mountain Valley Homeowners Ass'n, et al.

<u>explicitly warned that their failure to respond timely to this Order will result in a recommendation to the District Judge that a default be entered against them.</u>

**IT IS SO ORDERED.**

00:00
**Initials of Preparer**   mr