# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Complaint and Supplemental Complaint (Dkt. Nos. 1, 2); Defendants' Motions to Dismiss (Dkt. Nos. 42, 46, 55, 80, 113, 114, 115), the Reports and Recommendations of the United States Magistrate Judge (Dkt. Nos. 207, 209, 215, 218, 220, 222), Plaintiff's Objections (Dkt. Nos. 238), and Defendants' Responses to the Objections (Dkt. Nos. 261, 262, 269). After having made a de novo determination of the portions of the Reports and Recommendations to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED THAT (1) the Motions to Dismiss (Dkt. Nos. 42, 46, 55, 80, 113, 114, 115) are GRANTED; (2) the federal law claims against Hon. Michael S. Lief, Hon.

Mark S. Borrell, and Hon. David M. Hirsch (the "Judicial Defendants") are DISMISSED WITH PREJUDICE; (3) the federal law claims against the County of Ventura, Ventura County District Attorney's Office, Ventura County District Attorney Eric Nasarenko, Deputy District Attorney Rameen Minoui, Deputy District Attorney Theresa Pollara, Deputy District Attorney Christina Catapang, and Deputy District Attorney Tom Steele (the "Ventura County Defendants") are DISMISSED WITH PREJUDICE; (4) the federal law claims against Philadelphia Indemnity Insurance Company (PIIC) are DISMISSED WITH PREJUDICE; (5) the federal law claims against Berman Berman Berman Schneider & Lowary LLP (BBBSL) are DISMISSED WITH PREJUDICE; (6) the federal law claims against Pamela Abbott Moore and the Law Offices of Pamela Abbott Moore (the "Moore Defendants") are DISMISSED WITH PREJUDICE; (7) the federal law claims against Martin Zaehringer are DISMISSED WITH PREJUDICE; and (8) the state law claims against the Judicial Defendants, the Ventura County Defendants, PIIC, BBBSL, the Moore Defendants, and Zaehringer are DISMISSED WITHOUT PREJUDICE.

DATED: September 16, 2025

                                                OTIS D. WRIGHT II
                                                UNITED STATES DISTRICT JUDGE