UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-4775 ODW (PVC)                                         Date:  September 30, 2025

Title      Sherri and Michael LaZelle v. Mountain Valley Homeowners Ass'n, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THE COMPLAINT BE DISMISSED WITH PREJUDICE FOR PLAINTIFFS' REPEATED VIOLATIONS OF COURT ORDERS, THE RULES OF CIVIL PROCEDURE, AND THE LOCAL RULES OF THIS COURT**

On May 16, 2025, Sherri and Michael LaZelle, California residents proceeding *pro se*, filed this civil rights action against Mountain Valley Homeowners Association (MVHOA) and 49 other Defendants.  (Dkt. Nos. 1, 2).

On June 3, 2025, the case was assigned to District Judge Otis D. Wright II and referred to the undesigned Magistrate Judge, "who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary."  (Dkt. No. 5).  The Court further admonished the parties that "pursuant to Local Rule 83-2.5, all matters must be called to the judge's attention by appropriate application or motion filed in compliance with the Court's Local Rules."  (*Id.*).  On July 8, the Court reminded the parties that all pretrial matters are to be noticed before the undersigned Magistrate Judge.  (Dkt. No. 60).  The Court also issued a Self-Representation Order, which admonished Plaintiffs that they "will be held to the same standards as a lawyer as far as complying with the Court procedures and the rules and regulations of the court system," including

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-4775 ODW (PVC)                             Date:  September 30, 2025

Title        Sherri and Michael LaZelle v. Mountain Valley Homeowners Ass'n, et al.

becoming familiar with the "Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules for the United States District Court for the Central District of California, the Orders of this Court, including Judge Castillo's Procedures, as well as federal and state case law applicable to this action." (Dkt. No. 112 at 3) (footnotes omitted).  On July 23, the Court admonished the parties that they are expected "to be familiar with the docket, the rules of civil procedure, and the local rules [and that] [a]ny failures to follow the rules or court orders could result in sanctions."  (Dkt. No. 116).  On July 24, the Court again admonished Plaintiffs that they "are expected to strictly follow all rules of civil procedure, the Central District of California's local rules, Judge Wright's Procedures, Judge Castillo's Procedures, and this Court's Self Representation Order. MATERIAL DEVIATIONS WILL RESULT IN SANCTIONS."  (Dkt. No. 145) (citations omitted).

   On August 7, the Court admonished Plaintiffs that they cannot avoid the applicable rules of civil procedure and this court's local rules by labeling their filings as a "Request."  (Dkt. No. 164) (citing Local Rule 7).  <u>Nevertheless, over the subsequent two months, Plaintiffs repeatedly violated court orders, the rules of civil procedure, and the local rules, which wasted the Court's and Defendants' time and resources and necessitated multiple filings being stricken from the docket.</u>  (Dkt. Nos. 188, 191, 192, 195, 196, 197, 198, 199, 200, 201, 202, 203, 212, 213, 223, 224, 231, 232, 233, 257, 258, 277, 278, 279, 291, 293, 294, 295).

   Accordingly, Plaintiffs are **ORDERED TO APPEAR IN PERSON on October 14, 2025, at 10:00 am** before the undersigned Magistrate Judge in Courtroom 590 on the Fifth Floor of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, and therein provide arguments why the undersigned Magistrate Judge should not recommend to the District Judge that the Complaint be DISMISSED WITH PREJUDICE for Plaintiffs' repeated violations of court orders, the rules of civil procedure, and the local rules of this Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 25-4775 ODW (PVC)                              Date: September 30, 2025

Title   Sherri and Michael LaZelle v. Mountain Valley Homeowners Ass'n, et al.

    Both Plaintiffs are **ORDERED** to appear in person.  <u>Plaintiffs are explicitly warned that their failure to appear in person will result in a recommendation to the District Judge that a default be entered against them.</u>  Defendants are not ordered to attend but may attend if they wish.

    **IT IS SO ORDERED.**

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |