UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-4775 ODW (PVC)                                          Date:  October 14, 2025

Title           Sherri and Michael LaZelle v. Mountain Valley Homeowners Ass'n, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY PLAINTIFFS SHOULD NOT BE HELD IN CONTEMPT FOR THEIR FAILURE TO APPEAR AT THE OCTOBER 14, 2025, HEARING ON THE COURT'S ORDER TO SHOW CAUSE (Dkt. No. 297).**

On September 30, 2025, the Court issued an Order to Show Cause why the undersigned Magistrate Judge should not recommend that this action be dismissed with prejudice for Plaintiffs' repeated violations of court orders, the Rules of Civil Procedure, and this Court's Local Rules.  (Dkt. No. 297).  Plaintiffs were "**ORDERED TO APPEAR IN PERSON on October 14, 2025, at 10:00 am** before the undersigned Magistrate Judge in Courtroom 590 on the Fifth Floor of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, and therein provide arguments why the undersigned Magistrate Judge should not recommend to the District Judge that the Complaint be DISMISSED WITH PREJUDICE for Plaintiffs' repeated violations of court orders, the rules of civil procedure, and the local rules of this Court."  (*Id.*).  Moreover, the Court explicitly warned Plaintiffs "<u>that their failure to appear in person will result in a recommendation to the District Judge that a default be entered against them.</u>"  (*Id.*).  Plaintiffs did not appear.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 25-4775 ODW (PVC)                            Date:  October 14, 2025

Title      Sherri and Michael LaZelle v. Mountain Valley Homeowners Ass'n, et al.

     Accordingly, within **14 days** of the date of this Order, Plaintiffs are **ORDERED TO SHOW CAUSE in writing**, why they should not be held in contempt for their failure to appear at the October 14 hearing.  Contempt sanctions can include, but are not limited to, monetary penalties, dismissal of the action with prejudice, and a determination that Sherri and Michael LaZelle are vexatious litigants pursuant to Local Rule 83-8.

     **IT IS SO ORDERED.**

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |