**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Complaint and Supplemental Complaint (Dkt. Nos. 1, 2); Plaintiffs' Motion to Strike (Dkt. No. 73); the City of Simi Valley's Motion for Judgment on the Pleadings (Dkt. No. 184); and Plaintiffs' Objections (Dkt. No. 329). After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　IT IS ORDERED THAT (1) Plaintiffs' Motion to Strike the City of Simi Valley's Answer (Dkt. No. 73) is DENIED; (2) the City of Simi Valley's Motion for Judgment on the Pleadings (Dkt. No. 184) is GRANTED; (3) the federal law claims against the City of

Simi Valley are DISMISSED WITH PREJUDICE; and (4) the state law claims against the City of Simi Valley are DISMISSED WITHOUT PREJUDICE.

DATED: October 22, 2025

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

2