**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Complaint and Supplemental Complaint (Dkt. Nos. 1, 2); Sergeant Gene Colato's Motion to Dismiss (Dkt. No. 263); the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 335); and Plaintiffs' Objections (Dkt. Nos. 355, 356).  After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　IT IS ORDERED THAT (1) Colato's Motion to Dismiss (Dkt. No. 263) is GRANTED; (2) the federal law claims against Colato are DISMISSED WITH

PREJUDICE; and (3) the state law claims against Colato are DISMISSED WITHOUT PREJUDICE.

DATED: October 30, 2025

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

2