# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Complaint and Supplemental Complaint (Dkt. Nos. 1, 2); Sergeant Jason Wilkinson's Motion to Dismiss (Dkt. No. 265); the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 337); Plaintiffs' Objections (Dkt. No. 357); and Plaintiffs' Motion to Strike the Report and Recommendation (Dkt. No. 360).  After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　　IT IS ORDERED THAT (1) Wilkinson's Motion to Dismiss (Dkt. No. 265) is GRANTED; (2) Plaintiffs' Motion to Strike (Dkt. No. 360) is DENIED; (3) the federal

1 | law claims against Wilkinson are DISMISSED WITH PREJUDICE; and (4) the state law
2 | claims against Wilkinson are DISMISSED WITHOUT PREJUDICE.
3 |
4 | DATED: 11/3/2025
5 |
6 | _____
7 | OTIS D. WRIGHT II
   | UNITED STATES DISTRICT JUDGE