UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>    Plaintiffs,<br><br>v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Complaint and Supplemental Complaint (Dkt. Nos. 1, 2); the MVHOA Defendants Motion for Judgment on the Pleadings (Dkt. No. 347); and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 380). The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT (1) the MVHOA Defendants Motion for Judgment on the Pleadings (Dkt. No. 347) is GRANTED; (2) the federal law claims against Mountain Valley Homeowners Association, Jeremy Yablan, United Mechanical Contractors, Sam

1   Shewa, California HOA Solutions LLC, Jessica Piscitello, David Riddick, Devon Woods,
2   Debora Bartholomew, Tim Gersdorff, Patricia Wert, Chris Cano, Donalea Bauer
3   Melching, and Lordon Management are DISMISSED WITH PREJUDICE; and (3) the
4   state law claims against Mountain Valley Homeowners Association, Jeremy Yablan,
5   United Mechanical Contractors, Sam Shewa, California HOA Solutions LLC, Jessica
6   Piscitello, David Riddick, Devon Woods, Debora Bartholomew, Tim Gersdorff, Patricia
7   Wert, Chris Cano, Donalea Bauer Melching, and Lordon Management are DISMISSED
8   WITHOUT PREJUDICE.

10   DATED: December 4, 2025

*[signature]*

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE