**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiffs' Complaint and Supplemental Complaint (Dkt. Nos. 1, 2); and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 384). The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

1    IT IS ORDERED that all claims in the Complaint and Supplemental Complaint
2    are dismissed against all Defendants are DISMISSED WITH PREJUDICE, and Judgment
3    shall be entered DISMISSING this action with prejudice.
4
5    LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7    DATED: December 4, 2025
8
                                                            _____
9                                                           OTIS D. WRIGHT II
                                                            UNITED STATES DISTRICT JUDGE