# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI LAZELLE and MICHAEL LAZELLE,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN VALLEY HOMEOWNERS ASSOCATION, et al.,<br><br>Defendants. | Case No. CV 25-4775 ODW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: December 4, 2025

                                                                                        _____
                                                                                        OTIS D. WRIGHT II
                                                                                        UNITED STATES DISTRICT JUDGE